IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD PERGANDE, et al.,      )
                              )
              Plaintiffs,     )
                              )  6:10-cv-6314-TC
                              )
     v.                       )
                              )  ORDER
SHERIFF JOHN TRUMBO, et al.,  )
                              )
              Defendants.     )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on March 6, 2012, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1    - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed March 6, 2012, in its entirety. Defendants' motion to dismiss (#32) is allowed as to plaintiff's Fourteenth Amendment due process claim and plaintiff's First Amendment claim based on the allegedly inadequate law library. Defendants' motion to dismiss is denied as to plaintiff's First Amendment claim based on the post card only policy.

IT IS SO ORDERED.

DATED this 21st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE